Stuart Price, Esq. (SBN:150439)
Price Law Group, APC
15760 Ventura Boulevard, Suite 800
Encino, CA 91436
Tel: 818-907-2030
stuart@pricelawgroup.com
*Attorneys for Plaintiff, Marvin Smith*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVIN SMITH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BARCLAYS BANK DELAWARE, a Delaware Corporation; and DOES 1 to 10 inclusive<br><br>　　　　Defendant. | **Case No.:**<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>**1. TCPA, 47 U.S.C. § 227**<br><br>**(Unlawful Debt Collection Practices)** |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, Marvin Smith ("Plaintiff"), through his attorneys, alleges the following against Defendant, Barclays Bank Delaware, a Delaware Corporation, ("Defendant"):

**INTRODUCTION**

1. Plaintiff's Complaint is based upon the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. The TCPA is a federal statute that broadly regulates the use of automated telephone equipment. Among other things, the TCPA prohibits certain unsolicited marketing calls, restricts the use of

automatic dialers or prerecorded messages, and delegates rulemaking authority to the Federal Communications Commission ("FCC").

## JURISDICTION AND VENUE

2. Jurisdiction of the Court arises under 47 U.S.C. §227.

3. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)* in that a substantial part of the events or omissions giving rise to the claim occurred in this District. Because Defendant transacts business here, personal jurisdiction is established.

## PARTIES

4. Plaintiff is a natural person residing in Woodland Hills, Los Angeles County, California.

5. Defendant is a Banking institution engaged in the business of issuing credit cards with its principal place of business located in Wilmington, Delaware. Defendant can be served with process at 125 South West Street Wilmington, Delaware 19801.

6. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers

## FACTUAL ALLEGATIONS

7. Defendant is attempting to collect a debt from Plaintiff.

8. On or about December 4, 2014, Defendant began placing calls to Plaintiff's cellular phone number (818) 633-2745, in an attempt to collect an alleged debt.

9. Upon information and belief, the calls mainly originated from (800) 408-4070, (866) 456-0677, and (302) 255-8000; these numbers are owned or operated by Defendant.

10. On or about December 6, 2014, Plaintiff answered a collection call from Defendant originating from telephone number (866) 408-4070; Plaintiff heard a pause before the collection agent began to speak, indicating the use of an automated telephone dialing system.

11. Defendant informed Plaintiff that it was attempting to collect a debt.

12. Plaintiff instructed Defendant that he did not have any money to pay debt and unequivocally revoked consent for Defendant to contact him any further.

13. Between December 13, 2014 and December 30, 2014, Defendant proceeded to willfully call Plaintiff on his cellular phone approximately twenty-nine (29) times.

14. Between January 1, 2014 and January 31, 2015, Defendant willfully called Plaintiff approximately fifty-one (51) additional times on Plaintiff's cellular phone; On January 17, 2015, Defendant called Plaintiff's cellular phone four (4) times within a five (5) hour period.

15. Between February 1, 2015 and February 28, 2015 Defendant willfully called Plaintiff approximately forty-five (45) additional times on Plaintiff's cellular phone.

16. Between December 4, 2014 and February 28, 2015, Defendant contacted Plaintiff approximately one-hundred and twenty-five (125) times on his cellular phone despite revocations. Plaintiff uses his cellular phone as his primary telephone and the incessant calls by Defendant caused Plaintiff to endure emotional distress and mental anguish.

# COUNT I
### (Violations of the TCPA, 47 U.S.C. § 227)

17. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

18. Defendant violated the TCPA. Defendant's violations include, but are not limited to the following:

    (a)     Within four years prior to the filing of this action, on multiple occasions,  Defendant violated TCPA 47 U.S.C. § 227 (b)(1)(A)(iii) which states in pertinent part, "It      shall be unlawful for any person within the United States . . . to make any call (other than      a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice  — to any telephone number assigned to a . . . cellular telephone service . . . or any service    for which the called party is charged for the call.

    (b)     Within four years prior to the filing of this action, on multiple occasions,  Defendant willfully and/or knowingly contacted Plaintiff at Plaintiff's cellular telephone     using an artificial prerecorded voice or an automatic telephone dialing system and as    such, Defendant knowing and/or willfully violated the TCPA.

19. As a result of Defendant's violations of 47 U.S.C. § 227, Plaintiff is entitled to an award of five hundred dollars ($500.00) in statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(B). If the Court finds that Defendant knowingly and/or willfully violated the TCPA, Plaintiff is entitled to an award of one thousand five hundred dollars ($1,500.00), for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

**WHEREFORE**, Plaintiff, Marvin Smith, respectfully requests judgment be entered against Defendant, Barclays Bank Delaware, a Delaware Corporation, for the following:

    A. Statutory damage;

    B. Actual damages;

    C. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

Dated: May 26, 2016          By:*/s/ Stuart Price*
                                                        Stuart Price, Esq.
                                                        15760 Ventura Boulevard, Suite 1100
                                                        Encino, CA 91436
                                                        Tel: 818-907-2030
                                                        stuart@pricelawgroup.com
                                                        Attorneys for Plaintiff