**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| MARVIN SMITH, | Case No. 2:16-cv-3708-ODW(AS) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| BARCLAYS BANK DELAWARE; and DOES 1-10, inclusive, | |
| Defendants. | |

In light of the parties' failure to respond to the prior OSC (ECF No. 15), the Court **DISMISSES** this action without prejudice.

**IT IS SO ORDERED.**

October 18, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**